Receipt #72422
Ck# 10114

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 05-44830 |
| | ) | |
| ALBERT M. BLEGGI | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE KAY WOODS |
| DEBTOR | ) | |

UNCLAIMED FUNDS - REPORT OF TRUSTEE UNDER BANKRUPTCY RULE 3011

The undersigned Trustee of the above entitled case, Elaine B. Greaves, having filed her Final Report, and the same having been heretofore approved, hereby reports that all checks issued by her, as such Trustee, have been cashed by the bank upon which drawn,

EXCEPT the following check which has remained uncashed for ninety (90) days after date of distribution of the final dividend herein:

| Check No. | Name and Address | Amount |
|---|---|---|
| 10113 | JP Morgan Chase Bank, NA<br>Attention: Bankruptcy Department<br>PO Box 3155<br>Milwaukee, WI 53201-3155 | $145.00 |

and that as to the money represented by said check, the same is hereby paid into the Court pursuant to 11 U.S.C. Section 347.

Dated: 9/2/10

/s/ Elaine B. Greaves, Esq.
ELAINE B. GREAVES, Esq., #0052259
Chapter 7 Trustee
PO Box 1381
Youngstown, Ohio 44501
(330) 744-5139